UNITED STATES
DISTRICT COURT
ORLANDO DIVISION

CHRISTOPHER SECKINGTON,
Petitioner,

v.   CASE NO. 6:22-cv-2242
(Supplied by Clerk)

STATE OF FLORIDA,
Respondent.

## FED. R. CIV. P. RULE 60(b)(6)

On 8-14-22 Defense Counsel filed a motion to Withdraw that "swore" he had an "Actual Conflict" that was "Adversely Affecting his Performance." (See Ex. A ROA p.97, p.98) The Trial Court has never held the inquiry into the motion to Withdraw required by Rutledge v. State, 150 So.3d 830, 838 (Fla. 4th DCA 2014) citing Lee v. State, 690 So.2d 664, 667 (Fla. 1st DCA 1997) citing Holloway v. Arkansas, 435 U.S. 475, 484, 98 S.Ct 1173 (1978) to this day which is (Trial Court error) requiring reversal and new trial. (See Ex. B, Docket Information p.7, 8).

On 7-17-14 Petitioner filed a Demand for Nelson Hearing (See Ex. C, motion to Judge on 7-17-14). On 7-30-14 The (Trial Court errored) by "Disregarding" the Demand for a Nelson Hearing (See Ex. B, Docket Info. p.7) Reid v. State, requires reversal. R.O.A. p.91

On 7-17-14 the motion to Judge Nelson stated Petitioner "have a conflict[t] with my Attorney, Mr. Hauster (See Ex. C). The (Trial Court Errored) by "disregarding the the conflict" (See Ex. B) on 7-30-14. Rutledge requires reversal.

On 8-20-14 Petitioner mailed a Motion requesting a Nelson Hearing to the Trial Judge (See Ex. D, motion dated 8-20-14 ROA p.100) which the (Trial Court errored) by ignoring the request for a Nelson Hearing (See Ex. B Doc. Info. p.7) According to Reid v. State, 826 So.2d 414 (Fla. 2th DCA 2002); West v. State, 958 So. 2d 1156 (Fla. 2th DCA 2007); Finrock v. State, 84 So.3d 431 (Fla. 2nd DCA 2012) failure to hold a Nelson Hearing requires reversal and is (Trial Court error).

The 8-20-14 motion to Judge (See Ex. C, R.O.A p.100) states "I have a conflict of interest with my Attorney Mr. Hauster which the Trial Court ignored (See Ex. B doc. Info. p.7, 8). According to Rutledge this was (Trial Court error) and requires reversal and remand for a New Trial citing Holloway at 484.

On 9-8-14 Petitioner mailed a motion to Judge (See Ex. E, Motion to Judge 9-8-14, ROA p.112-13) which requested a Nelson Hearing and the (Trial Court errored) by ignoring (See Ex. B, Doc. Info. p.8) Reid requires reversal.

The 9-8-14 motion to Judge claimed eight conflicts of interest that Petitioner had with Defense Counsel (see Ex. F. ROA p.112-13) and the (Trial Court errored) by ignoring the Conflict of interest and Laramee v. State, 90 So.3d 341 (Fla. 5th DCA 2015) requires reversal See Nelson v. State, and Rutledge v. State.

All of these 7 Trial Court errors are defined as "Manifest Injustice" and were presented to the Trial Court months before trial and are "Substantial."

Rarely ~~Rarely~~ It is extremely rare that 7 well documented "Manifest Injustices" occur in one case prior to Trial and all are "Substantial."

It is also extremely rare that the Fla. 5th DCA would miss these "Manifest Injustices" after Appellate Counsel missed them and filed an "Ander's Brief."

It is also extremely rare that the Supreme Court of Florida refused Certiorary after being informed about 7 "Manifest Injustices."

It is also extremely rare that the U.S. Dist Court would miss the seven "Manifest Injustices" in Petitioner's Section 2254 motion.

It is also extremely rare that the 11th Cir. Ct. of Appeal would miss the 7 "Manifest Injustices" upon being notified by Request for Certificate of appeal.

Petitioner avers that the 7 "Substatial" "Manifest Injustices" (Trial Court Errors) stated above qualify for the strict requirements of Fed.R.Civ.P., Rule 60(b)(6) motion.

Respectfully submitted,
/s/ Chris Seckington
Christopher Seckington

### CERTIFICATE OF SERVICE

I CERTIFY under penalty of purjury that I placed a copy of this motion into the hand of a prison official for mailing via prepaid First-Class U.S. Mail on ____ of _____, 20__, to:
Clerk of U.S. Dist. Ct., 401 W. Central Blvd. #2100, Orlando, FL 32801-0120;
State Attorney, P.O. Box 8006, Sanford, FL 32772.

/s/ Chris Seckington
Christopher Seckington DC# 081034
Columbia C.I.
416 SE Corrections Way
Lake City, FL 32025